UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Susan S. Jones | ) |
| | ) |
| Plaintiff, | ) 4:09-cv-02481-TLW |
| | ) |
| v. | ) |
| | ) |
| Mann Bracken, LLP, et al. | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL
## WITHOUT PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedures, the Plaintiff, Susan S. Jones, and Defendant, Mann Bracken, LLP, by and through their undersigned counsel, hereby jointly request this Court dismiss all claims without prejudice. The statute of limitations of all claims raised in the Plaintiff's Complaint are specifically tolled from the date the Complaint was filed up to and including 60 days from the dismissal of the pending receivership.

DONE this the 7th day of April, 2011.

_____
Penny Hays Cauley, Fed. ID No. 10323
Attorney for the Plaintiff

OF COUNSEL:
HAYS CAULEY, P.C.
549 West Evans Street, Suite E

Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com

_____
Chad V. Echols, Fed ID No. 9810
Attorney for the Defendant

OF COUNSEL:
HAMILTON, MARTENS & BALLOU, LLC
130 East Main Street
Post Office Box 10940
Rock Hill, SC 29731
(803) 329-7672
(803) 329-7678 Facsimile
cechols@hmandb.com

Cheryl E. Rose, Receiver

_____
Cheryl E. Rose
As Receiver for Mann Bracken LLP

12154 Darnestown Road
Box 623
Gaithersburg, MD 20878
receiverrose@aol.com